FILED
MAR 01 2010
Phil Lombardi, Clerk
U.S. DISTRICT COURT

10 CV - 126 TCK  FHM

I CHRISTAL SERWANGA AS Request A Counsel (ATTORNEY) For Representation for this Civil Action

(ALSO) I'm Indigent to permit me to file the Action without payment Fees, cost or other Security Under Title VII of Civil Rights Act 1964 as Amended 42 U.S.C. 2000 et seq Rehabilitation Act of 1973, as amended 29 U.S.C. SS 791, 794(c)

Sign Christal Serwanga
Christal SERWANGA
Phone # (918) 991-0404

220 E. Williams St
Ft. Worth, TX 76104
OR
P.O. Box 2193
Broken Arrow, OK