# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTAL E. SERWANGA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-CV-126-TCK |
| ERIC K. SHINSEKI, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's motion for appointment of counsel and to proceed *in forma pauperis* (Doc. 2). The information provided to the Court is not sufficient to permit plaintiff to proceed as such.

IT IS THEREFORE ORDERED that leave to proceed *in forma pauperis* is hereby DENIED. However, this denial is without prejudice. Should the Plaintiff wish to provide more information to the Court showing why she is unable to pay the costs, the proper form and affidavit can be found on the public court website at www.oknd.uscourts.gov under Forms, Civil, then "Motion to Proceed In Forma Pauperis."

SO ORDERED this 5th day of March, 2010.

_____
**TERENCE KERN**
**UNITED STATES DISTRICT JUDGE**